# EXHIBIT A

**Patreek Ghazarian v. Swissport USA, Inc., et al.**

**Garth W. Aubert, SBN 162877**
**Stephanie B. Gonzalez, SBN 252603**
**FITZPATRICK & HUNT,**
**PAGANO, AUBERT, LLP**
633 West Fifth Street, 60th Floor
Los Angeles, CA 90071
Tel.: (213) 873-2100 / Fax: (213) 873-2125
garth.aubert@fitzhunt.com
stephanie.gonzalez@fitzhunt.com

Attorneys for Defendant,
SWISSPORT USA, INC.

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | |
|---|---|
| PATREEK GHAZARIAN,<br><br>              Plaintiff,<br><br>   vs.<br><br>SWISSPORT and SWISSPORT USA, INC. and DOES 1 to 50,<br><br>              Defendants. | Case No. CGC-20-583852<br><br>**DEFENDANT SWISSPORT USA INC.'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: March 19, 2020 |

Defendant SWISSPORT USA, INC. (hereinafter "Swissport"), answers Plaintiff PATREEK GHAZARIAN's (hereinafter "Plaintiff") unverified First Amended Complaint for itself alone and for no other persons, firms, or corporations, and alleges as follows:

**GENERAL DENIAL**

1.   By virtue of, and pursuant to the provisions of, California Code of Civil Procedure section 431.30, Swissport denies each, every, and all of the allegations made against it in Plaintiff's First Amended Complaint, and each and every purported cause of action contained therein against Swissport.

2.   Further answering Plaintiff's First Amended Complaint on file herein, and the whole thereof, Swissport denies that Plaintiff has sustained any injury, damage, or loss by reason of any act or omission on the part of Swissport.

**FIRST SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE**

3. The First Amended Complaint, and each and every purported cause of action contained therein, fails to state facts sufficient to constitute a cause of action against Swissport upon which relief can be granted.

**SECOND SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE**

4. Plaintiff's claims are barred in whole or in part because Swissport has substantially complied with any and all applicable standards of care.

**THIRD SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE**

5. Swissport is informed and believes that the First Amended Complaint, and each purported cause of action alleged therein, is barred under the doctrines of waiver and/or estoppel.

**FOURTH SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE**

6. The alleged incident referred to in Plaintiff's First Amended Complaint, and all injuries and damages, if any, resulting therefrom, were the result of an unavoidable accident insofar as Swissport is concerned.

**FIFTH SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE**

7. Swissport asserts that the damages sustained by Plaintiff, if any, were neither caused in fact nor proximately caused by any negligence, fault, act, omission, conduct or breach of duty by or attributable to Swissport, and therefore Swissport denies that it is liable to Plaintiff for the damages alleged in the First Amended Complaint.

**SIXTH SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE**

8. Swissport asserts that the damages sustained by Plaintiff, if any, were caused in whole or in part by reason of the negligence, fault, or culpable conduct of Plaintiff or by the negligence, fault or culpable conduct of others, over whom Swissport had no control. However, in the event a determination is made that some negligence or fault of Swissport proximately contributed to the accident, injuries, or damages alleged, Swissport alleges that one or more persons or entities are in some manner responsible for the injuries and damages alleged, and by reason thereof, they are entitled to an apportionment among these persons or entities according to law. Further, the amount of recovery, if any, must be reduced by an amount proportionate to the

amount by which the negligence, fault, or culpable conduct of others contributed to the accident, injuries, and damages alleged in Plaintiff's First Amended Complaint.

**SEVENTH SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE**

9. The conduct or fault, if any, of Swissport was not a substantial factor in bringing about Plaintiff's alleged injuries and damages, and, therefore, was not a contributing cause thereof, but was superseded by the conduct or fault of others, which was an independent intervening and proximate cause of any injuries and damages suffered by Plaintiff.

**EIGHTH SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE**

10. Swissport asserts that it is entitled to a set-off and/or reduction in any verdict and/or judgment rendered against it in an amount equivalent to the collateral benefits and/or settlement monies paid to or on behalf of Plaintiff.

**NINTH SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE**

11. Swissport asserts that it is entitled to recover from Plaintiff all reasonable and necessary defense costs incurred in defending this proceeding pursuant to California Code of Civil Procedure section 1038.

**TENTH SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE**

12. There is no causal relationship between any injuries or damages allegedly sustained by Plaintiff, and any alleged wrongful act by Swissport.

**ELEVENTH SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE**

13. Plaintiff had full knowledge of all risks, dangers, and hazards, if any there were, and voluntarily and with full appreciation of the danger and magnitude of the risk involved with respect to the matters alleged in the First Amended Complaint, assumed the risk of injury in this matter and such assumption of the risk bars or reduces Plaintiff's claim for damages.

**TWELFTH SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE**

14. Swissport is informed and believes that Plaintiff's claims against it are barred, in whole or in part, by reason that any condition causing or contributing to Plaintiff's alleged injuries was open and obvious.

///

### THIRTEENTH SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE

15. Plaintiff failed to take reasonable steps to minimize or prevent the damages he claims to have suffered.

### FOURTEENTH SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE

16. Plaintiff's action should be barred or limited because of the alteration, spoliation, damage, destruction, or loss of evidence which thereby damaged or limited the ability of Swissport to defend this case.

### FIFTEENTH SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE

17. Plaintiff has failed to join necessary and indispensable parties to this action and, therefore, joinder of these parties should be ordered or, in the alternative, this action should be dismissed as to Swissport.

### SIXTEENTH SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE

18. At all times, Swissport acted with due care and as a reasonable person or entity would have under same or similar circumstances.

### SEVENTEENTH SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE

19. Under and pursuant to the terms of *California Civil Code* sections 1431.1 through 1431.5, Plaintiff is barred and precluded from recovery against Swissport for any non-economic damages except those allocated to Swissport in direct proportion to its percentage of fault, if any such fault or damages are found to exist.

### EIGHTEENTH SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE

20. Should Plaintiff recover damages from Swissport, Swissport is entitled to indemnification, either in whole or in part, from all persons or entities whose negligence and/or fault proximately contributed to Plaintiff's damages, if any there are.

### NINETEENTH SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE

21. Based upon additional investigation, further affirmative defenses may become apparent, and Swissport reserves its right to amend this Answer as appropriate.

### PRAYER

WHEREFORE, Swissport prays for judgment as follows:

1. that Plaintiff take nothing by reason of his First Amended Complaint;
2. that Swissport be dismissed with its costs of suit herein;
3. that if Swissport should be held liable to Plaintiff, that it be granted indemnity and/or contribution against third-party tortfeasors; and
4. for such other, further, and different relief as the Court may deem just and proper, including reasonable expenses and attorneys' fees.

DATED:  October 1, 2020                      Respectfully submitted,

FITZPATRICK & HUNT,
PAGANO, AUBERT, LLP

By: _____
Stephanie B. Gonzalez
Attorneys for Defendant
SWISSPORT USA, INC.

**PROOF OF SERVICE**

| | | |
|---|---|---|
| STATE OF CALIFORNIA | ) | Patreek Ghazarian v. Swissport USA, Inc. |
| | ) ss. | SFSC; Case No. CGC-20-583852 |
| COUNTY OF LOS ANGELES | ) | Our File No. 601,706 |

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 633 West Fifth Street, 60th Floor, Los Angeles, California 90071 and my electronic service address is martha.rodriguez@fitzhunt.com.

On **October 1, 2020,** I served the document described as **DEFENDANT SWISSPORT USA INC.'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT** on the interested parties in this action, as follows:

**SEE ATTACHED SERVICE LIST**

____ **(By E-Service)**: I electronically served a true and correct copy of the above-entitled document on counsel of record, addressed as per the attached Service List. In accordance with Emergency Rule 12 Related to COVID-19, I confirmed by telephone or email the appropriate electronic service address(es) for counsel being served.

__X__ **(By E-File/E-Service)** I caused to be electronically filed and electronically served a true and correct copy of the above-entitled document(s) with the Clerk of the Court using First Legal, which will send notification of such filing and will electronically serve all counsel of record, addressed as per the attached service list.

____ **(By Federal Express)** I caused said envelope(s) to be sent by Federal Express [Overnight] to the offices of the addressee(s) on the attached Service List

__X__ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **October 1, 2020,** at Los Angeles, California.

*Martha L. Rodriguez*
Martha L. Rodriguez

**SERVICE LIST**

**Attorneys for Plaintiff**
Cameron Y. Brock, Esq.
Scott Kennedy, Esq.
Law Offices of Burg & Brock
4554 Sherman Oaks Avenue
Sherman Oaks, CA 91403
Tel.: (818) 676-9800
Fax: (818) 676-9804
skennedylaw@outlook.com
ramita@burg-brock.com