# EXHIBIT B

**Patreek Ghazarian v. Swissport USA, Inc., et al.**

DocuSign Envelope ID: 64FE4147-481D-4CB3-84██████AC292B44C0

**SUM-100**

# FIRST AMENDED **SUMMONS**
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Swissport and Swissport USA, Inc. and DOES 1 to 50

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Patreek Ghazarian

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es)*: San Francisco Superior Court<br><br>400 McAllister, San Francisco, CA. | CASE NUMBER:<br>*(Número del Caso):*<br><br>CGC-20-583852 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Scott Kennedy, Burg & Brock, 4554 Sherman Oaks Ave., Sherman Oaks, CA 91403-818-676-9800

| DATE:<br>*(Fecha)* | AUG 1 9 2020 | CLERK OF THE COURT | Clerk, by<br>*(Secretario)* CAROLYN BALISTRERI | , Deputy<br>*(Adjunto)* |
|---|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☐ on behalf of *(specify)*:

    under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
    ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
    ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)

    ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>*www.courtinfo.ca.gov* |
|---|---|---|

**PLD-PI-001**

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>Scott Kennedy (SBN 164039)<br>Law Offices of Burg & Brock<br>4554 Sherman Oaks Ave.<br>Sherman Oaks, CA 91403<br>    TELEPHONE NO: 818-676-9800    FAX NO. *(Optional):* 818-676-9804<br>E-MAIL ADDRESS *(Optional):*<br>    ATTORNEY FOR *(Name):* Patreek Ghazarian | **FOR COURT USE ONLY**<br><br>**ELECTRONICALLY**<br>**F I L E D**<br>*Superior Court of California,*<br>*County of San Francisco*<br><br>**07/27/2020**<br>**Clerk of the Court**<br>BY: ERNALYN BURA<br>Deputy Clerk |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Francisco
  STREET ADDRESS: 400 McAllister Street
  MAILING ADDRESS: same
  CITY AND ZIP CODE: San Farncisco, CA 94102
  BRANCH NAME: Civic Center Courthouse

PLAINTIFF: Patreek Ghazarian

DEFENDANT: Swissport and Swissport USA, Inc.

[✓] DOES 1 TO 50

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[✓] **AMENDED** *(Number):* First
**Type** *(check all that apply):*
[✓] **MOTOR VEHICLE**   [ ] **OTHER** *(specify):*
  [✓] **Property Damage**   [ ] **Wrongful Death**
  [✓] **Personal Injury**    [ ] **Other Damages** *(specify):*

**Jurisdiction** *(check all that apply):*
[ ] **ACTION IS A LIMITED CIVIL CASE**
  **Amount demanded**  [ ] **does not exceed $10,000**
                       [ ] **exceeds $10,000, but does not exceed $25,000**
[✓] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**
[ ] **ACTION IS RECLASSIFIED by this amended complaint**
    [ ] **from limited to unlimited**
    [ ] **from unlimited to limited**

CASE NUMBER:

CGC-20-583852

1. **Plaintiff** *(name or names):* Patreek Ghazarian

 alleges causes of action against **defendant** *(name or names):*
 Swissport and Swissport USA, Inc. and DOES 1 to 50

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5

3. Each plaintiff named above is a competent adult
 a. [ ] **except** plaintiff *(name):*
    (1) [ ] a corporation qualified to do business in California
    (2) [ ] an unincorporated entity *(describe):*
    (3) [ ] a public entity *(describe):*
    (4) [ ] a minor  [ ] an adult
       (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
       (b) [ ] other *(specify):*
    (5) [ ] other *(specify):*
 b. [ ] **except** plaintiff *(name):*
    (1) [ ] a corporation qualified to do business in California
    (2) [ ] an unincorporated entity *(describe):*
    (3) [ ] a public entity *(describe):*
    (4) [ ] a minor  [ ] an adult
       (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
       (b) [ ] other *(specify):*
    (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

**PLD-PI-001**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Ghazarian v. Swissport, et al. | CGC-20-583852 |

4. ☐ Plaintiff *(name):*

    is doing business under the fictitious name *(specify):*

    and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

  a. ☑ **except** defendant *(name):* Swissport
    (1) ☑ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*

  c. ☐ **except** defendant *(name):*
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*

  b. ☑ **except** defendant *(name):* Swissport USA, Inc.
    (1) ☐ a business organization, form unknown
    (2) ☑ a corporation
    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*

  d. ☐ **except** defendant *(name):*
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*

  ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
  a. ☑ Doe defendants *(specify Doe numbers):* 1-25 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
  b. ☑ Doe defendants *(specify Doe numbers):* 26-50 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
  a. ☑ at least one defendant now resides in its jurisdictional area.
  b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
  c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
  d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
  a. ☐ has complied with applicable claims statutes, **or**
  b. ☐ is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

**PLD-PI-001**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Ghazarian v. Swissport, et al. | CGC-20-583852 |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
- a. [✓] Motor Vehicle
- b. [✓] General Negligence
- c. [ ] Intentional Tort
- d. [ ] Products Liability
- e. [ ] Premises Liability
- f. [ ] Other *(specify)*:

11. Plaintiff has suffered
- a. [✓] wage loss
- b. [✓] loss of use of property
- c. [✓] hospital and medical expenses
- d. [✓] general damage
- e. [✓] property damage
- f. [✓] loss of earning capacity
- g. [ ] other damage *(specify)*:

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
- a. [ ] listed in Attachment 12.
- b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
- a. (1) [✓] compensatory damages
- (2) [ ] punitive damages
- The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
- (1) [✓] according to proof
- (2) [ ] in the amount of: $

15. [✓] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:
  MV-1, MV-2, and GN-1

Date: 7/24/2020

Scott Kennedy
_____
(TYPE OR PRINT NAME)

▶

DocuSigned by:

*Scott Kennedy*
A320449695984AD
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**PLD-PI-001(1)**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Ghazarian v. Swissport, et al. | CGC-20-583852 |

First
_____
(number)

## CAUSE OF ACTION—Motor Vehicle

ATTACHMENT TO [✓] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* Patreek Ghazarian

MV- 1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries and damages to plaintiff; the acts occurred
on *(date):*  4/10/18
at *(place):*

San Francisco Airport, Highway 101, San Francisco, CA.
Plaintiff was a passenger in a JetBlue ATV when Defendants' vehicle struck the JetBlue ATV and caused Plaintiff's injuries.

MV- 2. DEFENDANTS
a. [✓] The defendants who operated a motor vehicle are *(names):*
Swissport and Swissport USA, Inc.

[✓] Does   1 _____ to   50 _____

b. [✓] The defendants who employed the persons who operated a motor vehicle in the course of their employment are *(names):*
Swissport and Swissport USA, Inc.

[✓] Does   1 _____ to   50 _____

c. [✓] The defendants who owned the motor vehicle which was operated with their permission are *(names):*
Swissport and Swissport USA, Inc.

[✓] Does   1 _____ to   50 _____

d. [✓] The defendants who entrusted the motor vehicle are *(names):*
Swissport and Swissport USA, Inc.

[✓] Does   1 _____ to   50 _____

e. [✓] The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*
Swissport and Swissport USA, Inc.

[✓] Does   1 _____ to   50 _____

f. [✓] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
[ ] listed in Attachment MV-2f [✓] as follows:
Swissport and Swissport USA, Inc.

[✓] Does   1 _____ to   50 _____     **Page**   4 _____

**Page 1 of 1**

**PLD-PI-001(2)**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Ghazarian v. Swissport, et al. | CGC-20-583852 |

<u>Second</u>       **CAUSE OF ACTION—General Negligence**     Page    <u>5</u>
       *(number)*

ATTACHMENT TO   [✓] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*   Patreek Ghazarian

alleges that defendant *(name):*   Swissport and Swissport USA, Inc.

        [✓] Does   <u>1</u>    to   <u>50</u>

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* 4/10/18
at *(place):* San Francisco Airport, Highway 101, San Francisco, CA.

*(description of reasons for liability):*

Plaintiff was a passenger in a JetBlue ATV when Defendants' vehicle struck the JetBlue ATV and caused Plaintiff's injuries.

At the alleged time and place, and in the manner herein alleged, Defendants breached their duty of care to Plaintiff when they negligently permitted, entrusted, maintained, managed, controlled, and operated their vehicle so as to cause the collision and Plaintiff's injuries and damages.

As a proximate result of the negligence of Defendants, and collision alleged herein, Plaintiff sustained injuries to his health, strength, activities and shock and injury to his nervous system, all of which have caused and will continue to cause Plaintiffs great mental and physical pain and suffering, all to his general damages.

As a further and proximate result of the negligence of Defendants and the injuries sustained by Plaintiff as herein alleged, he has incurred medical and related expenses, property damages, loss of earnings and other damages in amounts which will be shown according to proof at the time of trial.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen (18) and not a party to the within action; my business address is 4554 Sherman Oaks Ave., Sherman Oaks, CA 91403.

     On September 10, 2020, I served the foregoing

**FIRST AMENDED SUMMONS, COMPLAINT, CAUSE OF ACTION-MOTOR VEHICLE, CAUSE OF ACTION- GENERAL NEGLIGENCE**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

FITZPATRICK & HUNT, PAGANO, AUBERT, LLP
Stephanie B. Gonzalez, Esq.
633 West Fifth Street, 60th Floor
Los Angeles, CA 90071
Tel: 213-873-2139
Fax: 213-873-2125
Garth.aubert@fitzhunt.com
stephanie.gonzalez@fitzhunt.com
martha.rodriguez@fitzhunt.com
anne.galvan@fitzhunt.com

[]     (By Mail) I caused such envelope, with postage thereon, fully pre-paid, to be placed in the U.S. Mail at Sherman Oaks, CA 91403.

[X]    ONLY BY ELECTRONIC TRANSMISSION. Only by emailing the document(s) to the persons at the e-mail address(es).  This is necessitated during the declared National Emergency due to the Coronavirus (COVID-19) pandemic because this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission. We will provide a physical copy, upon request only, when we return to the office at the conclusion of the national emergency.

[X]     (State) I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on September 10, 2020, at Sherman Oaks, California.

Ramita Boustani

_____

Ramita Boustani