# EXHIBIT C

**Patreek Ghazarian v. Swissport USA, Inc., et al.**

**Garth W. Aubert, SBN 162877**
garth.aubert@fitzhunt.com
**Stephanie B. Gonzalez, SBN 252603**
stephanie.gonzalez@fitzhunt.com
**FITZPATRICK & HUNT, PAGANO, AUBERT, LLP**
633 West Fifth Street, 60th Floor
Los Angeles, CA 90071
Tel.: (213) 873-2100 / Fax: (213) 873-2125

Attorneys for Defendant,
SWISSPORT USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATREEK GHAZARIAN. <br><br> Plaintiff. <br><br> vs. <br><br> SWISSPORT and SWISSPORT USA. INC. and DOES 1 to 50. <br><br> Defendants. | Case No. <br><br> **DECLARATION OF STEPHANIE B. GONZALEZ IN SUPPORT OF DEFENDANT SWISSPORT USA. INC.'S NOTICE OF REMOVAL** |

I, Stephanie B. Gonzalez, declare as follows:

1. I am an attorney duly licensed to practice before all of the state and federal courts in the State of California. I am a partner with the law firm of Fitzpatrick & Hunt, Pagano, Aubert, LLP, attorneys of record for Defendant Swissport USA, Inc. (hereinafter "Swissport USA"). I have personal knowledge of the facts set forth below and if called as a witness, I could and would competently testify thereto.

2. I submit this Declaration in support of Swissport USA's Notice of Removal of the above-captioned matter to federal court.

///

3. On July 23, 2020, counsel for Plaintiff, Scott Kennedy, presented me (via e-mail) with a demand on behalf of Plaintiff in the amount of $1,000,000.00 to settle this matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 7th day of October 2020 at Los Angeles, California.

By: _____
Stephanie B. Gonzalez